```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                      Case No. 07-cr-151-PB

**Yajaira Rosario and**
**Jany Avila**


**O R D E R**

    Defendant, Jany Avila, through counsel, has moved to continue the September 5, 2007 trial in the above case, citing the need for additional time to complete discovery and prepare for trial.  The government and co-defendant, Yajaira Rosario, do not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 5, 2007 to November 6, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendants in a speedy trial.

The August 30, 2007 final pretrial conference is continued to October 29, 2007 at 4:30 p.m.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

August 30, 2007

cc:   Michael Ramsdell, Esq
       John M. Cicilline, Esq.
       Terry Ollila, AUSA
       United States Probation
       United States Marshal